IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON TUCKER,

    Plaintiff,

v.                                                          CASE NO. 1:20cv117-RH-GRJ

MICHAEL E. HOROWITZ et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. The case is plainly subject to dismissal for failure to pay the filing fee or move for leave to proceed in forma pauperis. Accordingly,

    IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

    SO ORDERED on July 29, 2020.

                                                         s/Robert L. Hinkle
                                                         United States District Judge